UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    Case No. 14 B 02397

    Leslie Ann Moore

           Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2014.

2) The plan was confirmed on 05/14/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 01/20/2016.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,737.00 |
| Less amount refunded to debtor | $339.76 |
| **NET RECEIPTS:** | **$6,397.24** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,885.21 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $237.83 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,123.04** |

Attorney fees paid and disclosed by debtor:         $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American InfoSource LP as Agent | Unsecured | 1,149.00 | 1,148.93 | 1,148.93 | 0.00 | 0.00 |
| American Web Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services LLC | Unsecured | 520.00 | 256.26 | 256.26 | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Charter One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 4000 | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Comed 26499 | Unsecured | 1,008.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 1,083.00 | 1,873.70 | 1,873.70 | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1,023.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 561.00 | 476.76 | 476.76 | 0.00 | 0.00 |
| Fifth Third BANK | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Francis St. James | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| HBLC Inc | Unsecured | 1,023.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Secured | 3,780.00 | 4,297.33 | 3,780.00 | 2,089.14 | 185.06 |
| Heritage Acceptance Corp | Unsecured | NA | 0.00 | 517.33 | 0.00 | 0.00 |
| Hydra Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 23,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 173.00 | 960.35 | 960.35 | 0.00 | 0.00 |
| Ispeedy Cash Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,017.00 | 1,017.39 | 1,017.39 | 0.00 | 0.00 |
| LaGrange County Clerk | Unsecured | 183.00 | 182.65 | 182.65 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 93.88 | 93.88 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 337.50 | 337.50 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide Credit Service | Unsecured | 0.00 | 1,520.67 | 1,520.67 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 600.00 | 1,961.82 | 1,961.82 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 300.00 | 300.10 | 300.10 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 492.00 | 491.63 | 491.63 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 18.91 | 18.91 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 64.30 | 64.30 | 0.00 | 0.00 |
| Southwest Women's Healthcare | Unsecured | 372.00 | NA | NA | 0.00 | 0.00 |
| Speedway SuperAmerica LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Speedy Loan | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Titlemax Of Illinois Inc d/b/a TitleMax | Secured | 402.59 | 402.59 | 402.59 | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 38,188.00 | 43,803.89 | 43,803.89 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 4,608.72 | 4,608.72 | 0.00 | 0.00 |
| Village of Lansing | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| White Hills Cash | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WOW Schaumburg | Unsecured | 1,349.00 | NA | NA | 0.00 | 0.00 |
| XXL Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,182.59 | $2,089.14 | $185.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,182.59** | **$2,089.14** | **$185.06** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,494.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,123.04 |
| Disbursements to Creditors | $2,274.20 |
| **TOTAL DISBURSEMENTS:** | **$6,397.24** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/08/2016 By: /s/ Marilyn O. Marshall
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**